IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Anthony M. Sanchez,<br><br>    Plaintiff,<br><br>vs.<br><br>Dora B. Schriro, et al.,<br><br>    Defendant. | No. CV 03-2206-PHX-ROS<br><br>**ORDER** |

Pending before the Court are Petitioner Anthony M. Sanchez's ("Petitioner") Petition for Writ of Habeas Corpus ("Petition") (Doc. #1) and Motion For Usage of An Electric Manual Typewriter (Doc. #24) ("Motion To Use Typewriter"). On May 17, 2005, Magistrate Judge Virginia A. Mathis issued a Report and Recommendation ("R&R") recommending that the Court deny the Petition and Motion To Use Typewriter (Doc. #26). In the R&R, Judge Mathis advised that "[t]he parties shall have ten days from the date of service of this [R&R] within which to file specific written objections with the Court," and that the "[f]ailure to timely file objections to any factual determinations of the Magistrate Judge will be considered a waiver of a party's right to de novo consideration of the factual issues and will constitute a waiver of a party's right to appellate review of the findings of fact in an order or judgment entered pursuant to the Magistrate Judge's [R&R]." R&R p. 44. No objections were filed by either party.

1  The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). It is "clear that the district judge must review the magistrate judge's findings and recommendations *de novo if objection is made*, but not otherwise." United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*) (emphasis in original); Schmidt v. Johnstone, 263 F. Supp. 2d 1219, 1126 (D.Ariz. 2003) ("Following Reyna-Tapia, this Court concludes that *de novo* review of factual and legal issues is required if objections are made, 'but not otherwise.'"). District courts are not required to conduct "any review at all . . . of any issue that is not the subject of an objection." Thomas v. Arn, 474 U.S. 140, 149 (1985). No objection having been made, the Court will adopt the R&R in full.

Also pending is Petitioner's Motion For Preparation Of Documents For 9th Circuit Court of Appeals ("Motion To Appeal") (Doc. #27). In the R&R, Judge Mathis also advised the parties that "any notice of appeal filed pursuant to Rule 4(a)(1), Federal Rules of Appellate Procedure, should not be filed until entry of the district court's order and judgment." R&R p. 43. Petitioner's Motion To Appeal was filed prior to the Court's Order adopting the R&R. Thus, it will be denied as untimely. As explained previously, because Petitioner failed to timely filed objections to the R&R, he has waived his right to appeal Judge Mathis's factual findings adopted in this Order, assuming he renews his motion at a later date. However, Petitioner's right to appeal conclusions of law is preserved.

Accordingly,

IT IS ORDERED that the Report and Recommendation (Doc. #26) is ADOPTED, the Petition for Writ of Habeas Corpus (Doc. #1) is DENIED, and the Motion To Use Typewriter (Doc. #24) is DENIED.

IT IS FURTHER ORDERED that the Motion To Appeal (Doc. #27) is DENIED.

DATED this 30 day of January, 2006.

- 2 -

1
2
3  Roslyn O. Silver
   United States District Judge
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 3 -